IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01157-BNB

TIMOTHY DOYLE YOUNG,

    Plaintiff,

v.

ZITA WEINSHIENK,
BOYD BOLAND, and
COUNSELOR MADISON,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 17 2008

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

Plaintiff Timothy Doyle Young is in the custody of the United States Bureau of Prisons and currently is incarcerated at ADX Florence. Mr. Young initiated this action by filing a *pro se* Prisoner Complaint. In an order entered on June 2, 2008, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Mr. Young that he must cure the deficiencies in his Complaint by filing his Complaint on a Court-approved form used in filing prisoner complaints and by submitting a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Plaintiff now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies identified in the June 2, 2008, Order within the time allowed. Accordingly, it is

ORDERED that the action is dismissed without prejudice because Plaintiff failed to cure the deficiencies identified in the June 2, 2008, Order within the time allowed.

DATED at Denver, Colorado, this 17 day of July, 2008.

BY THE COURT:

*signature*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01157-BNB

Timothy Doyle Young
Reg. No. 60012-001
ADX – Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/17/08.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk